# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 12, 2021

Bridget M. McCormack,
Chief Justice

162397(75)(77)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

UPPER PENINSULA POWER COMPANY,
     Plaintiff/Counterdefendant-
     Appellant,

v

VILLAGE OF L'ANSE,
     Defendant/Counterplaintiff-
     Appellee,
and

WPPI ENERGY, INC., and UTILITY
SYSTEMS ENGINEERING, INC.,
     Defendants-Appellees.
_____/

SC: 162397
COA: 349833
Baraga CC: 2018-006862-CZ

On order of the Chief Justice, the motion of the Michigan Electric and Gas Association to file a brief amicus curiae is GRANTED. The amicus brief submitted on February 11, 2021, is accepted for filing. On further order of the Chief Justice, the motion of plaintiff-appellant to exceed the page limitation for its reply is GRANTED. The reply submitted on February 11, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 12, 2021



Clerk